IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
       FILED
     NOV - 2 2001
CLERK, U.S. DISTRICT COURT
By _____
         Deputy
```

| | |
|---|---|
| VANCE C. MILLER, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. |
| VS. § | |
| § | 3-01CV1072-G |
| HENRY CUELLAR, in his capacity as § | |
| The Secretary of State of Texas, and THE § | |
| TEXAS STATE BOARD OF EDUCATION § | |
| § | |
| Defendants. § | |

## JUDGMENT

On September 12, 2001, this three-judge Court was convened to hear trial on the merits in this case. Plaintiff Vance C. Miller appeared in person and through his attorney. Defendants Henry Cuellar, in his capacity as The Secretary of State of Texas, and The Texas State Board of Education appeared through the Attorney General of Texas. All parties announced ready for trial. Thereafter, this Court proceeded to hear evidence and argument of counsel.

After hearing and considering all pleadings, evidence, briefs and arguments, this Court finds that the plan of redistricting for The Texas State Board of Education referred to by the parties as the "Miller Plan" should be adopted as setting out the voting districts for The Texas State Board of Education. A description by county and precinct of the Miller Plan is attached to this Judgment as Exhibit 1 and incorporated herein. The Miller Plan meets all legal requirements. It does not dilute minority voting rights and preserves extant districts to the extent practicable. This Court also considered two other plans, one submitted by The Texas State Board of Education



JUDGMENT - Page 1

member Dan Montgomery and one submitted by Texas State Senator Robert Duncan. Both of the other plans had considerable merit, reflected careful thought and attention, and were helpful to this Court although this Court is persuaded that the Miller Plan is the preferred plan. It is therefore

ORDERED, ADJUDGED AND DECREED that the voting districts for The Texas State Board of Education be, and they are hereby, drawn and designated as set forth on the attached Exhibit 1. It is further

ORDERED, ADJUDGED AND DECREED that in conducting forthcoming elections, the Defendants shall comply in all respects with this Judgment and with Article 7.104 of the Education Code of Texas. It is further

ORDERED, ADJUDGED AND DECREED that all parties shall bear his and its own costs and expenses associated in this case. It is further

ORDERED, ADJUDGED AND DECREED that all writs and processes necessary for the enforcement of this judgment be issued accordingly.

SIGNED this 2 day of November, 2001.

_____
HON. A. JOE FISH, JUDGE

_____
HON. PATRICK H. HIGGINBOTHAM, JUDGE (with permission)

_____
HON. SAM A. LINDSAY, JUDGE

JUDGMENT - Page 2